LAW OFFICES OF NOLAN KLEIN, P.A.   ATTORNEYS & COUNSELORS

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

Hector V. Ramirez, Esq.
ramirez@nklegal.com

February 4, 2020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/05/20

**VIA ECF**

Honorable Judge Gregory H. Woods
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re:  *Mercer v. Cal Mar Hotel, LLC, et al.*     **MEMORANDUM ENDORSED**
     SDNY Case No.: 19-cv-09653

Dear Judge Woods,

This office represents the Plaintiff, Stacey Mercer, in the above-captioned case. An initial pre-trial conference is scheduled for February 11, 2020 at 2:30 p.m.

At this time, Defendants, Cal Mar Hotel, LLC and Hospitality Resorts Inc., are still in the process of being served. Plaintiff attempted to comply with Rule 4(k) and requested a waiver of service. When Defendants failed to respond, Plaintiff sought and summonses were issued on December 5, 2019. Plaintiff has not received Returns of Service and is uncertain as to date of service. As such, Plaintiff respectfully requests that this Court adjourn the conference to an alternate date and time to allow Defendants additional time to be served and to make appearances. This is the first request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates.

We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By:  */s/ Hector V. Ramirez*
     HECTOR V. RAMIREZ, ESQ.
     (HR3270)

---

Application granted. The initial pretrial conference scheduled for February 11, 2020 is adjourned to March 19, 2020 at 4:30 p.m. The joint status letter and proposed case management plan described in the Court's October 21, 2020 order are due no later than March 12, 2020.

SO ORDERED.

Dated: February 5, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge